Gainesville & Gulf Ry. Co., Plaintiff in Error, v. Pepper Publishing & Printing Co., Defendant in Error.

F. M. Simonton, for Plaintiff in Error.

Circuit Court of Alachua County; J. T. Wills, Judge.

Judgment in favor of defendant in error.

Writ of error dismissed before the clerk on praecipe of counsel for plaintiff in error, January 8, 1910.